**LAW OFFICE OF DAVID A. TORRES**
Attorney at Law, SBN 135059
1318 K Street
Bakersfield, CA 93301
Ph.: (661)326-0857
Fax.: (661) 326-0936
e-mail: lawtorres@aol.com

Attorney for Defendant
CHRISTOPHER KENT BOWERSOX

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                    PLAINTIFF,<br><br>CHRISTOPHER KENT BOWERSOX,<br>                    DEFENDANT. | Case No.: 10-CR-00082 AWI<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE HEARING** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE: ANTHONY I. ISHII AND DAVID GAPPA, ASSISTANT UNITED STATES ATTORNEY:

   **COMES NOW** Defendant, CHRISTOPHER KENT BOWERSOX  by and through his attorney of record, DAVID A. TORRES hereby requesting that the status conference currently set for December 13, 2010 be continued to January 24, 2011 or a date convenient to court and counsel.

   This is a mutual request between Assistant United States Attorney, David Gappa and is joined by counsel.  The purpose for the continuance is to negotiate a disposition for Mr. Bowersox.  My client is prepared to exclude time under the Speed Trial Act in order to allow preparation and further negotiation of this matter.

Based upon the foregoing, I respectfully request that this matter be continued to January 24, 2011.

The parties also agree that the delay resulting from the continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §3161 (h)(8)(A) and §3161 (h)(8)(B)(I).

Dated: December 9, 2010             /s/ David A. Torres
                                    DAVID A. TORRES
                                    Attorney for Defendant
                                    CHRISTOPHER KENT BOWERSOX


                                    BENJAMIN B. WAGNER
                                    United States Attorney

Dated: December 9, 2010             By /s/ David Gappa
                                    DAVID GAPPA
                                    Assistant U.S. Attorney

Stipulation and Order to Continue Status Conference  2

# ORDER

IT IS SO ORDERED. Time is excluded in the interest of justice pursuant to 18 U.S.C. §3161(h)(8)(A) and §3161 (h)(8)(B)(i).

IT IS SO ORDERED.

Dated:   December 10, 2010

_____
CHIEF UNITED STATES DISTRICT JUDGE

Stipulation and Order to Continue Status Conference   3