1 **LAW OFFICE OF DAVID A. TORRES**
Attorney at Law, SBN 135059
2 1318 K Street
Bakersfield, CA 93301
3 Ph.: (661)326-0857
Fax.: (661) 326-0936
4 e-mail: lawtorres@aol.com

5 Attorney for Defendant
CHRISTOPHER KENT BOWERSOX

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 10-CR-00082 AWI |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE MOTIONS HEARING** |
| vs. | |
| CHRISTOPHER KENT BOWERSOX | |
| Defendant, | |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE:

ANTHONY W. ISHII AND JEREMY R. JEHANGRI, ASSISTANT UNITED STATES

ATTORNEY:

   **COMES NOW** Defendant, CHRISTOPHER KENT BOWERSOX by and through his

attorney of record, DAVID A. TORRES hereby requesting that the motion hearing currently set

for June 27, 2011 be continued to July 18, 2011 at 9:00 a.m., or a date convenient to court and

counsel.

   Assistant  United States Attorney Jeremy R. Jehangiri and I are currently negotiating a

plea agreement.  I believe we are close to reaching an agreement and therefore need additional

time to discuss the disposition with my client.

1  **The defendant is willing to continue, excluding time through the next court**
2  **appearance and that the ends of justice in the exclusion outweigh defendant's speedy trial**
3  **rights.**
4  Based upon the foregoing, I respectfully request that this matter be continued to
5  July 18, 2011.
6  The parties also agree that the delay resulting from the continuance shall be excluded in
7  the interest of justice pursuant to 18 U.S.C. §3161 (h)(7)(A) and §3161 (h)(7)(B)(i) & (iv).
8  IT IS SO STIPULATED.

10  Dated: 6/ 23/11                                  /s/ David A. Torres
                                                    DAVID A. TORRES
11                                                  Attorney for Defendant
                                                    JOSE ANTONIO MORENO LOPEZ

13
    Dated: 6/23/11                                  /s/ Jeremy R. Jehangiri
14                                                  JEREMY R. JEHANGIRI
                                                    Assistant U. S. Attorney

# ORDER

IT IS SO ORDERED. Time is excluded in the interest of justice pursuant to 18 U.S.C. §3161(h)(7)(A) and §3161 (h)(7)(B)(i) & (iv).

IT IS SO ORDERED.

Dated:   June 23, 2011                                   _____
                                                         CHIEF UNITED STATES DISTRICT JUDGE