**LAW OFFICE OF DAVID A. TORRES**
Attorney at Law, SBN 135059
1318 K Street
Bakersfield, CA 93301
Ph.: (661)326-0857
Fax.: (661) 326-0936
e-mail: lawtorres@aol.com

Attorney for Defendant
CHRISTOPHER KENT BOWERSOX

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>CHRISTOPHER KENT BOWERSOX<br><br>　　　　　　　　Defendant, | Case No.: 10-CR-00082 AWI<br><br>**STIPULATION AND ORDER TO RETURN PROPERTY** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE: ANTHONY W. ISHII AND JEREMY R. JEHANGRI, ASSISTANT UNITED STATES ATTORNEY:

　　**COMES NOW** Defendant, CHRISTOPHER KENT BOWERSOX by and through his attorney of record, DAVID A. TORRES will move the court for an order to return the following property seized by the Bakersfield Police Department on November 6, 2010, from the person of CHRISTOPHER BOWERSOX.  Said property to be release forthwith to KENT BOWERSOX.

　　1.　　Tag # 159073-1Unknown make .22 caliber rifle, Serial No. J39046

　　2.　　Tag # 15973-2 Marlin Firearms .32 caliber level action rifle, Serial No. Y9539

　　3.　　Tag # 159073-3Unknown make .224 caliber bolt action rifle, Serial No. S2800

1      4.      Tag # 159073-4 Remington .22 caliber riffle, Serial No. 809304

2      5.      Tag # 159073-5 Orlin-Mathieson 30-30 level action riffle, Serial No. 3007122

3      6.      Tag# 159073-7 Bolt action riffle, Serial No. 56418

4      7.      Tag 159073-8 Smith and Wesson .38 caliber revolver, Serial # 11483

5      8.      Tag # 159073-9 .38 caliber revolver

7      IT IS SO STIPULATED. All counsel along with Special Agent Jennings of the Federal
8  Bureau of Investigation all agree to the stipulation.

11 Dated: 10/27/11                                   /s/SA Desmond Jennings
                                                Special Agent Desmond Jennings
12                                                 Federal Bureau of Investigation

14 Dated: 10/27/11                                   /s/ David A. Torres
                                                DAVID A. TORRES
15                                                 Attorney for Defendant
16                                                 JOSE ANTONIO MORENO LOPEZ

18 Dated: 10/27/11                                   /s/Jeremy Jehangiri
                                                JEREMY R. JEHANGIRI
19                                                 Assistant U. S. Attorney

21                                 **ORDER**

22 IT IS SO ORDERED.

23 Dated:   October 28, 2011

24                                                 CHIEF UNITED STATES DISTRICT JUDGE