BENJAMIN B. WAGNER
United States Attorney
JEREMY R. JEHANGIRI
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
    United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CHRISTOPHER KENT BOWERSOX, <br><br> Defendant. | 1:10-cr-00082-AWI-DLB <br><br> **STIPULATION AND PROTECTIVE ORDER BETWEEN THE UNITED STATES AND DEFENDANT** |

    WHEREAS, two state search warrants were executed in this case;

    WHEREAS, the affidavits, attachments, applications, search warrants, and returns were all filed with the Kern County Clerk of Court under seal;

    WHEREAS, the aforementioned search warrants and related materials were provided to Defendant Christopher Kent Bowersox's previous attorney, but these materials have not been properly provided to Defendant's new counsel;

    WHEREAS, the United States of America, in consultation with Defendant's new counsel, seeks to provide the search warrants and related materials as part of discovery; and

    WHEREAS, the parties desire to avoid the unauthorized disclosure

or dissemination of this information to anyone not a party to the court proceedings in this matter;

The parties agree that entry of a stipulated protective order is appropriate.

THEREFORE, Defendant CHRISTOPHER KENT BOWERSOX, by and through his counsel of record ("Defense Counsel"), and the United States of America, by and through Assistant United States Attorney Jeremy R. Jehangiri, hereby agree and stipulate as follows:

1. This Court may enter a protective order pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, and its general supervisory authority.

2. This Order pertains to all discovery provided to or made available to Defense Counsel by the United States as part of discovery in this case subsequent to entry of this Order (hereafter, collectively known as "the discovery").

3. By signing this Stipulation and Protective Order, Defense Counsel agrees not to share any documents that contain Protected Information with anyone other than Defense Counsel attorneys, designated defense investigators, and support staff. Defense Counsel may permit the Defendant to view unredacted documents in the presence of her attorney, defense investigators, and support staff. The parties agree that Defense Counsel, defense investigators, and support staff shall not allow the Defendant to copy Protected Information contained in the discovery. The parties agree that Defense Counsel, defense investigators, and support staff may provide the Defendant with copies of documents from which Protected Information has been redacted.

4. The discovery and information therein may be used only in connection with the litigation of this case and for no other purpose.

The discovery is now and will forever remain the property of the United States of America ("Government").  Defense Counsel will return the discovery to the Government or certify that it has been shredded at the conclusion of the case.

5. Defense Counsel will store the discovery in a secure place and will use reasonable care to ensure that it is not disclosed to third persons in violation of this agreement.

6. Defense Counsel shall be responsible for advising his Defendant, employees, and other members of the defense team, and defense witnesses of the contents of this Stipulation and Order.

7. In the event that Defendant substitutes counsel, undersigned Defense Counsel agrees to withhold discovery from new counsel unless and until substituted counsel agrees also to be bound by this Order.

IT IS SO STIPULATED.

DATED:  May 1, 2012           By:  /s/ *Marc Days* (as authorized)
                                   MARC DAYS
                                   Attorney for Defendant
                                   CHRISTOPHER KENT BOWERSOX


DATED:  May 1, 2012                BENJAMIN B. WAGNER
                                   United States Attorney

                              By:  /s/ *Jeremy Jehangiri*
                                   JEREMY R. JEHANGIRI
                                   Assistant U.S. Attorney


IT IS SO ORDERED.

Dated:  May 1, 2012           _____
                              CHIEF UNITED STATES DISTRICT JUDGE