HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
MARC DAYS, CA Bar # 184098
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
CHRISTOPHER KENT BOWERSOX

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff*,<br>v.<br>CHRISTOPHER KENT BOWERSOX,<br>*Defendant.* | Case No. 1:10-cr-00082 AWI-BAM 1<br><br>STIPULATION TO CONTINUE DISPOSITIONAL HEARING; ORDER THEREON<br><br>Date: March 24, 2014<br>Time: 10:00 a.m.<br>Judge: Honorable Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, that the supervised release violation dispositional hearing in the above-referenced matter now scheduled for February 24, 2014, **may be continued to March 24, 2014, at 10:00 a.m.**

The requested continuance will conserve time and resources for both counsel and the court. Assistant United States Attorney, David L. Gappa, has no objection to this request.

///

///

///

///

///

///

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

Dated: February 19, 2014

/s/ *David L. Gappa*
DAVID L. GAPPA
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Dated: February 19, 2014

/s/ *Marc Days*
MARC DAYS
Assistant Federal Defender
Attorneys for Defendant
CHRISTOPHER K. BOWERSOX

**O R D E R**

**IT IS SO ORDERED**. The dispositional hearing in the above-captioned matter is hereby continued to March 24, 2014, at 10:00 a.m.

IT IS SO ORDERED.

Dated: February 20, 2014

SENIOR DISTRICT JUDGE