IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 1:10-cr-00082-AWI |
| Plaintiff, | ) ORDER OF RELEASE |
| vs. | ) |
| CHRISTOPHER KENT BOWERSOX, | ) |
| Defendant. | ) |

The above named defendant having been sentenced on March 24, 2014 to 3 MONTHS (TIME SERVED),

IT IS HEREBY ORDERED that the defendant shall be released FORTHWITH.  A certified Judgment and Commitment order to follow.

IT IS SO ORDERED.

Dated: <u>March 24, 2014</u>                    /s/ ANTHONY W. ISHII
                                              SENIOR DISTRICT JUDGE