# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff**<br><br>v.<br><br>**CHRISTOPHER KENT BOWERSOX,**<br><br>**Defendant** | **CASE NO. 1:10-CR-0082 AWI**<br><br>**ORDER FOR RESPONSE TO MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE** |

On April 1, 2021, Defendant Christopher Kent Bowersox filed a pro se motion for early termination of supervised release. See Doc. No. 99. Considering the totality of Defendant's motion, the Court finds that it is appropriate for the United States and the United States Probation Office for the Eastern District of California to file a response, and for Defendant to be given the opportunity to file a reply. Given the difficulties and restrictions that have resulted from the Covid 19 pandemic, the Court is receptive to any necessary modifications of the briefing schedule, particularly if a stipulation between the parties can be reached.

Additionally, a review of the docket indicates that the attorneys who appeared in this case for the United States are no longer Deputy United States Attorneys. Therefore, in order to ensure that the United States has adequate notice and an opportunity to respond, the Court will order the Clerk to serve a copy of this order on current Deputy United States Attorneys Kim Sanchez and Henry Carbajal. While neither Ms. Sanchez nor Mr. Carbajal will be ordered to appear in this case, the Court anticipates that Ms. Sanchez or Mr. Carbajal will ensure that a current Deputy United States Attorney will review this matter and, if appropriate, file a response.

Accordingly, IT IS HEREBY ORDERED that:

1. The United States and the United States Probation Office for the Eastern District of California shall each file a response on the Court's docket to Defendant's motion within fourteen (14) days of service of this order;[1]

2. Defendant may file a reply to the United States' response within seven (7) days of service of the United States' response;[2] and

3. The Clerk shall immediately serve a copy of this order and a copy of Defendant's motion (Doc. No. 99) on the United States Probation Office for the Eastern District of California.

IT IS SO ORDERED.

Dated:   April 5, 2021                                      _____
                                                                            SENIOR  DISTRICT  JUDGE

---

[1] Factors identified in 18 U.S.C. § 3553 are to be considered in evaluating a request for early termination.  To the extent that the United States or the United States Probation Office opposes early termination, their response shall specifically address the relevant factors. Additionally, the Court will view a failure by either the United States or the Probation Office to file a response as meaning that the non-responding entity **does not oppose** Defendant's motion for early termination of supervised release.

[2] If, after review of the submissions of the parties, the Court determines that a hearing is necessary, the Court will set a hearing date at that time.